UNITED STATES OF AMERICA

v.                                          Case No.  8:12-cr-241-T-24 AEJ

GAMEL SAAD

_____/

## **ORDER**

This cause comes before the Court on Defendant Gamel Saad's Unopposed Motion for Change of Venue.  (Doc. 16).  For the reasons set forth below, the motion is **GRANTED**.

Federal Rule of Criminal Procedure 18 provides that unless a statute or the Federal Rules of Criminal Procedure provide otherwise, "the government must prosecute an offense in a district where the offense was committed" and set the place of trial with "due regard for the convenience of the defendant, any victim, and the witnesses, and the prompt administration of justice."  Fed. R. Crim. P. 18.  Local Rule 1.02(d) for the Middle District of Florida states that, "[a]ll criminal proceedings of any kind shall be docketed and tried in that Division encompassing the county or counties in which the alleged offense or offenses were committed; provided, however, an indictment returned in any Division shall be valid regardless of the county or counties within the District in which the alleged offense or offenses were committed."  Fla. M.D. Local Rule 1.02(d).

The alleged offense conduct occurred in Orange County, Florida, which is within the Orlando Division.  (Doc. 16, p.4).  The initial appearance and detention hearing in this case were held in Orlando, Florida.  (Doc. 16, pp. 1-2).  The United States does not oppose the transfer of venue to Orlando, Florida.  (Doc. 16, p.3).

Accordingly, it is ORDERED that Defendant Saad's Unopposed Motion for Change of Venue (Doc. 16) is **GRANTED**.

**DONE AND ORDERED** at Tampa, Florida, this 26th day of June, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record